# First District Court of Appeal
## State of Florida

————————————————————

No. 1D17-5362

————————————————————

Margaret McLean,

   Appellant,

   v.

Winn-Dixie Stores, Inc.,

   Appellee.

————————————————————

On appeal from the Circuit Court for Duval County.
Robert M. Dees, Judge.

April 2, 2019

Per Curiam.

   Affirmed.

Rowe, Ray, and Osterhaus, JJ., concur.

————————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————————

Tara B. Conner of Farah & Farah, P.A., Jacksonville, for Appellant.

Daniel M. Schwarz and Blake H. Cole of Cole, Scott & Kissane, P.A., Plantation, and Kathryn L. Ender and Therese A. Savona of Cole, Scott & Kissane, P.A., Miami, for Appellee.